396 U.S. 803
 90 S.Ct. 22
 24 L.Ed.2d 59
 PUBLIC UTILITY DIST. NO. 1 OF PEND OREILLE COUNTY, WASHINGTON
v.
CITY OF SEATTLE.
 No. 2.
 CITY OF SEATTLE
 
 1
 v.
 
 PUBLIC UTILITY DIST. NO. 1 OF PEND OREILLE
 
 2
 COUNTY, WASHINGTON.
 
 
 3
 No. 3.
 
 Supreme Court of the United States
 
 4
 October Term, 1969.
 
 
 5
 October Term, 1969.
 
 October 13, 1969
 
 6
 Clarence C. Dill, William G. Ennis, and Bennett Boskey, for Public Utility Dist. No. 1 of Pend Oreille County.
 
 
 7
 A. L. Newbould and Richard S. White, for City of Seattle.
 
 
 8
 Solicitor General Griswold, for the United States, amicus curiae.
 
 
 9
 The petitions for writs of certiorari dismissed under Rule 60.